# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SKOLD, <br>         Plaintiff, <br><br> v. <br><br> GALDERMA LABORATORIES, L.P., et al., <br>         Defendants. | CIVIL ACTION <br><br><br><br> NO. 14-5280 |

## ORDER

**AND NOW**, this 29th day of August, 2017, upon consideration of Defendants' Motion for Judgment as a Matter of Law (ECF No. 187); Plaintiff's Response in Opposition thereto (ECF No. 190); Defendant's Reply (ECF No. 191); Plaintiff's Motion for Judgment as a Matter of Law and/or For New Trial (ECF No. 188); Defendants' Response in Opposition thereto (ECF No. 189); and Plaintiff's Reply (ECF No. 192), for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that:

(1) Defendants' Motion for Judgment as a Matter of Law (ECF No. 187) is **GRANTED** in part and **DENIED** in part as follows:

  a. Defendants' Motion is **GRANTED** insofar as the judgment should reflect a costs award only against Defendants Galderma Laboratories, L.P., Galderma S.A., and Nestlé Skin Health S.A.; and

  b. Defendants' Motion is **DENIED** in all other respects.

(2) Plaintiff's Motion for Judgment as a Matter of Law (ECF No. 188) is **GRANTED** in part and **DENIED** in part as follows:

  a. Plaintiff's Motion is **GRANTED** insofar as he moves for declaratory relief on his unjust enrichment claim.

b. Plaintiff's Motion is **DENIED** in all other respects.

(3) Plaintiff's Motion for New Trial (ECF No. 188) is **DENIED**.

(4) The Judgment entered by the Court on March 1, 2017 (ECF No. 185) is hereby **VACATED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**